AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

7740940

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:52 am, Aug 13, 2019
JEFFREY P. COLWELL, CLERK

United States of America
v.
Garlen Shaverdian

)
)
)
)
)
)

COLORADO CASE # 19-mj-00187-NYW

Case No.   2:18-mj-00500-PAL

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Garlen Shaverdian                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violation of probation

DEBRA K. KEMPI
**CLERK**

*signature*

**(By) DEPUTY CLERK**

3/11/2019 Las Vegas, NV
**DATE**

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | Arresting officer's signature _____<br><br>Printed name and title _____ |

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
# for
# the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Garlen Shaverdian**

Case Number: **2:18-00500M**

Name of Sentencing Judicial Officer: **Honorable Peggy A. Leen**

Date of Original Sentence: **March 6, 2019**

Original Offense: **Destroying, Injuring, Defacing, or Damaging Property of Real Property**

Original Sentence: **60 Months probation**

Date Supervision Commenced: **March 6, 2019**

Name of Assigned Judicial Officer: **Honorable Peggy A. Leen**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Follow Instructions Of Probation Officer** - You must follow the instructions of the probation officer related to the conditions of supervision.

    On March 6, 2019, Shaverdian was instructed by the United States Probation Duty Officer to report to the probation office by 10:00 a.m. on March 7, 2019 to complete his intake paperwork. Shaverdian failed to report as instructed and his whereabouts are unknown to the probation office.

RE: **Garlen Shaverdian**

Prob12C
D/NV Form
Rev. March 2017

## U.S. Probation Officer Recommendation:

The term of supervision should be:
☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **March 7, 2019**

Matthew S Martinez
2019.03.11
07:32:03 -07'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Brian Blevins
2019.03.08 15:08:06
-08'00'

Brian Blevins
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.
☑ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

Signature of Judicial Officer

March 11, 2019
Date

RE: **Garlen Shaverdian**

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. GARLEN SHAVERDIAN, 2:18-00500M

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### March 7, 2019

On March 6, 2019, Shaverdian was sentenced to five (5) years probation for committing the offense of Destroying, Injuring, Defacing, or Damaging Property or Real Property. On this same date, Shaverdian reported to the probation office. While the Duty officer attempted to review the conditions of supervision with Shaverdian, he constantly interrupted and stated he was going to live in Colorado. The Duty officer explained the relocation process to Shaverdian. Shaverdian did not appear to accept the process and refused to provide the necessary information to initiate a relocation request.

Shaverdian refused to provide any address, phone number, or employment verification for Colorado officers to investigate. Shaverdian further refused to provide his mother's address and contact information in Las Vegas to the Duty officer after reporting he had been residing there for the last four months.

At some point during the interview, Shaverdian reported he would not fill out the necessary paperwork as it was written in English; he said English was not his first language. Shaverdian reported he wanted the forms translated in Armenian as he could not understand the English version. It should be noted, Shaverdian was speaking English throughout the entire interview. Additionally, the Presentence Report noted Shaverdian was interviewed on October 23, 2018, in English, and in the presence of defense counsel. Furthermore, it appears all prior court proceedings were conducted in English as well. Therefore, the probation office finds Shaverdian's position of not understanding English disingenuous.

The Duty officer informed Shaverdian his case would be assigned to a Probation Officer today and that he needed to return to the probation office the next day by 10:00 a.m. Additionally, the Duty officer wrote his appointment time down on a separate piece of paper and provided it to Shaverdian.

The Duty officer informed Shaverdian he would be required to submit a urinalysis test today, then stepped out of the interview room to notify a supervisor of Shaverdian's resistance. While the Duty officer was out of the room, Shaverdian called 911 and requested an ambulance. Shaverdian reported he was having either an anxiety attack, stroke, or a heart attack. Shortly thereafter, paramedics arrived and transported Shaverdian to the University Medical Center (UMC). The probation office was not able to complete our interview, nor obtain any essential information to contact Shaverdian.

On March 7, 2019, the undersigned officer contacted UMC and inquired if Shaverdian was admitted to the hospital. UMC staff reported he had not been admitted.

**RE: Garlen Shaverdian**

Prob12C
D/NV Form
Rev. March 2017

As referenced in allegation #1, Shaverdian failed to follow the directions of the probation officer by failing to report back to the probation office as instructed. Due to the fact Shaverdian refused to provide any contact information to the probation office, his current whereabouts are unknown. As such, the issuance of a warrant is respectfully recommended to initiate revocation proceedings.

Respectfully submitted,

Matthew S Martinez
2019.03.11 07:34:22 -07'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Brian Blevins
2019.03.08 15:08:33 -08'00'

Brian Blevins
Supervisory United States Probation Officer